IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. B-08-735 |
| | § | |
| JESUS ANTONIO DE LEON-CORTINAS; | § | |
| aka JESUS ANTONIO DE LEON-ESQUIVEL | | |

## ORDER

BE IT REMEMBERED on this 20th day of November, 2008, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed August 21, 2008, wherein the defendant Jesus Antonio De Leon-Cortinas waived appearance before this Court and appeared before the United States Magistrate Judge Felix Recio for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Jesus Antonio De Leon-Cortinas to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and is hereby adopted. The Court finds the Defendant Jesus Antonio De Leon-Cortinas guilty of the offense of alien unlawfully found in the United States after deportation, in violation of 8 U.S.C. § 1326(a).

Signed this 20th day of November, 2008.

Andrew S. Hanen
United States District Judge